ACCEPTED
03-15-00295-CV
6186866
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/22/2015 11:43:25 PM
JEFFREY D. KYLE
CLERK

DOCKET NO. 3-15-00295-CV

| | | |
|---|---|---|
| GERALD KOSTECKA | § | THIRD COURT OF APPEALS |
| | § | |
| V. | § | |
| | § | |
| SMOKEY MO'S FRANCHISE, LLC D/B/A SMOKEY MO'S BBQ | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/22/2015 11:43:25 PM
JEFFREY D. KYLE
Clerk

## APPELLANT'S AGREED MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

COMES NOW, Appellant Gerald Kostecka, and pursuant to the Texas Rules of Appellate Procedure 38.6(d) and 10.5(b), files this Agreed Motion for Extension of Time to File Appellate Brief, and in support thereof would show as follows:

### I.

Appellant's brief in this case was due July 15, 2015. Appellant is seeking a 21-day extension of time to file the brief until August 5, 2015. Appellee agrees that Appellant should be granted this 21-day extension of time to file his brief. Appellant understands that Texas Rule of Appellate Procedure 38.6(b) allows him to file this Motion after the

deadline, but Appellant would have filed before the deadline if it had not been for technical e-filing issues which prevented the filing. Those issues have now been resolved. This is the first request for an extension of time to file his brief made by Appellant.

## II.

Appellant's counsel has had a very busy schedule this summer and will continue to have a very full docket for the next few weeks. Appellant's counsel is also a trial attorney and has a number of cases pending before Travis County, Hays County and Williamson County courts, as well as before courts of other counties in Texas. In addition, Appellant's counsel has recently gone through a divorce proceeding in Travis County and has substantial responsibilities relating to his 11 and 13 year old sons this summer. Inasmuch as his former spouse has less flexibility in her job than Appellant's counsel, the undersigned counsel has taken on a large role in meeting the needs of his children this summer, and will continue to do so as the summer progresses. Also, Appellant's counsel has an 86-year old mother living in Central Texas who is ill and needs substantial time and attention, which only the

undersigned counsel is situated to provide. Further, the undersigned counsel's life-long friend and cousin has sustained severe injuries and needs the undersigned counsel's care and attention. The undersigned counsel has provided the same.

## III.

This Motion is not filed for delay only, but so that justice may be done. The undersigned counsel has personal knowledge of the facts set forth in this Motion. Appellant respectfully requests that this Court extend the deadline for filing Appellant's brief until August 5, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellant Gerald Kostecka respectfully requests that this Court grant his Agreed Motion for Extension of Time to File Appellant's Brief, and requests that the Court grant such further and other relief to which Appellant may be entitled.

Respectfully submitted,

LAW OFFICE OF STUART WHITLOW

By: /s/ Stuart Whitlow_____
      Stuart Whitlow
      Texas Bar No.:  21378050
      1104 S. Mays, Suite 116
      Round Rock, Texas 78664
      Tel. (737) 346-1839
      Fax (512) 218-9235
      Email stuartrtwhitlowlaw@yahoo.com
      Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing legal instrument was served upon Robert House, Clark & Trevino, 1701 Directors Boulevard, Suite 920, Austin, Texas 78744, in accordance with the Texas Rules of Civil Procedure on the 20th day of July, 2015.

_/s/Stuart Whitlow_____
Stuart Whitlow

## CERTIFICATE OF CONFERENCE

This is to certify that Stuart Whitlow, counsel for Appellant Gerald Kostecka conferred with counsel for Appellee and said counsel agreed that Appellant should be granted three an extension of three weeks to file his appellate brief.

_/s/Stuart Whitlow_____
Stuart Whitlow